**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:44 am, May 18, 2026*
**JEFFREY P. COLWELL, CLERK**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-00708-PAB-NRN

**JOHN R. McKOWEN,**
        Plaintiff–Appellant,

v.

**GREG HARRINGTON, et al.,**
        Defendants–Appellees.

---

**NOTICE OF APPEAL, NOTICE OF RELATED CASES,
AND CERTIFICATE OF SERVICE**

---

**I. NOTICE OF APPEAL**

*[Fed. R. App. P. 3 and 4(a)(1)(A); 28 U.S.C. § 1292(a)(1)]*

Pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(1)(A) and 28 U.S.C. § 1292(a)(1), Plaintiff John R. McKowen, appearing pro se ("Appellant"), hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Order Denying Plaintiff's Emergency Motion Under 28 U.S.C. § 2283 and the All Writs Act to Enforce the Paulson Complete Bar Order and Enjoin the Colorado Securities Commissioner's Contempt Prosecution (the "Order on Appeal"), entered by the Honorable Philip A. Brimmer, Senior United States District Judge, on April 27, 2026, and docketed as Docket No. 308 in Civil Action No. 1:25-cv-00708-PAB-NRN.

The Order on Appeal denied Plaintiff's Emergency Motion (Dkt. 302) on abstention grounds under Younger v. Harris, 401 U.S. 37 (1971), and is therefore an interlocutory order refusing an injunction, appealable as of right under 28 U.S.C. § 1292(a)(1). See Carson v. American Brands, Inc., 450 U.S. 79 (1981); Quackenbush v. Allstate Ins. Co., 517 U.S. 706,

712–14 (1996). This Notice of Appeal is timely filed under Fed. R. App. P. 4(a)(1)(A), the Order

on Appeal having been entered fewer than thirty days prior to the date of this filing.

**A. Parties to the Appeal.**

Appellant:
    John R. McKowen
    Plaintiff–Appellant, pro se
    5200 S. Quebec Street, Suite 117
    Greenwood Village, CO 80111
    (303) 248-6883
    john@johnmckowen.com

Appellees:
    The State of Colorado, Philip Weiser, Tung Chan, Robert Finke, and Jennifer Hunt
    c/o Office of the Colorado Attorney General
    Ralph L. Carr Colorado Judicial Center
    1300 Broadway, 10th Floor, Denver, CO 80203-2104

    Greg Harrington
    c/o Jeffrey Robert Thomas, Thomas Law LLC
    jthomas@thomaslawllc.com

    Two Rivers Farms F-2, Inc., Two Rivers Water & Farming Company, and TR Capital
    Partners, LLC — c/o Jeffrey Robert Thomas, Thomas Law LLC (counsel of record)

    Wayne Harding, pro se
    22586 E. Weaver Drive, Aurora, CO 80016
    wayne@wayneharding.com

**II. NOTICE OF RELATED CASES**

*[D.C.COLO.LCivR 7.5]*

    Pursuant to D.C.COLO.LCivR 7.5 of the Local Rules of Civil Procedure of the United

States District Court for the District of Colorado, Appellant identifies the following actions as

related to this appeal:

**1. Paulson v. Two Rivers Water and Farming Co., et al.,**

    Civil Action No. 19-cv-02639-PAB-NRN (D. Colo.) (Brimmer, C.J.).

The federal class action in which the Honorable Philip A. Brimmer entered Final Order Approving Settlement (Dkt. 178), Final Judgment (Dkt. 179), and Settlement Agreement (Dkt. 180), establishing the Complete Bar Order at Final Order ¶ 12 and retaining continuing jurisdiction at Final Order ¶ 20. The federal injunction construed by the Order on Appeal is the Paulson Bar Order. By Order entered April 18, 2025 (Paulson Dkt. 199), the Court channeled enforcement disputes under the Settlement Agreement to McKowen v. Harrington, identified below.

## 2. In re McKowen,

No. 25-1361 (10th Cir.) (Petition for Writ of Mandamus filed May 19, 2026).

Petition for Writ of Mandamus filed by Appellant in the United States Court of Appeals for the Tenth Circuit, seeking an order directing the Honorable Philip A. Brimmer to adjudicate the Bar Order construction question committed to his retained jurisdiction under Paulson Final Order ¶ 20 and channeled to McKowen v. Harrington by Paulson Dkt. 199. The Petition addresses the same Bar Order construction question that the Order on Appeal here declined to reach on Younger abstention grounds.

## 3. Tung Chan v. Two Rivers Water & Farming Co., et al.,

No. 2021CV33922 (Denver Dist. Ct.).

The ongoing state-court contempt proceeding against Appellant under C.R.C.P. 107(c) that the Emergency Motion (Dkt. 302) sought to enjoin and that the Order on Appeal declined to enjoin on Younger abstention grounds. The conduct charged as contemnor in the state-court proceeding is conduct that the Paulson Bar Order's § 1.cc carve-out arguably preserves.

All three identified actions involve substantially the same parties, the same operative facts concerning the Paulson Bar Order's construction and enforcement, and overlapping issues of federal supremacy, the scope of the § 1.cc carve-out, and the federal injunction's reach. This

Notice is filed solely to discharge Appellant's obligation under D.C.COLO.LCivR 7.5 to identify

related cases and is not a request for special assignment or reassignment, which the rule does not

permit.

### III. CERTIFICATE OF SERVICE
*[Fed. R. App. P. 25(d); D.C.COLO.LCivR 5.1]*

I hereby certify that on May 18, 2026, a true and correct copy of the foregoing Notice of

Appeal, Notice of Related Cases, and Certificate of Service was filed with the Clerk of the

United States District Court for the District of Colorado via the Court's pro se electronic filing

portal (cod_prosefiling@cod.uscourts.gov) for distribution to chambers and CM/ECF service on

all counsel of record in Civil Action No. 1:25-cv-00708-PAB-NRN, and that courtesy copies

were transmitted by email to:

Via Email (with recipient consent and prior CM/ECF appearance):

Amy Christine Colony, Esq. — amy.colony@coag.gov
Zachary W. Fitzgerald, Esq. — zach.fitzgerald@coag.gov
Office of the Colorado Attorney General
Counsel for State of Colorado, Philip Weiser, Tung Chan, Robert Finke, Jennifer Hunt

Jennifer M. McCallum, Esq. — jmccallum@mccallumlaw.net
Counsel for Wistar Morris and Jeffrey Ploen

Jeffrey Robert Thomas, Esq. — jthomas@thomaslawllc.com
Counsel for Greg Harrington and Two Rivers entities

Frank W. Visciano, Esq. — FVisciano@SennLaw.com
Counsel for Charles F. Kirby

Wayne Harding (pro se) — wayne@wayneharding.com
and by U.S. First-Class Mail to:
22586 E. Weaver Drive, Aurora, CO 80016

Dated: May 18, 2026.

Respectfully submitted,

/s/ John R. McKowen
John R. McKowen
Plaintiff–Appellant, pro se
5200 S. Quebec Street, Suite 117
Greenwood Village, CO 80111
(303) 248-6883
john@johnmckowen.com