IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00708-PAB-NRN

JOHN R. McKOWEN,

Plaintiff,

v.

GREG HARRINGTON, et al.,

Defendants.

---

**EXHIBIT C**

**DECLARATION OF JOHN R. McKOWEN REGARDING SERVICE ATTEMPTS**

---

I, John R. McKowen, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Plaintiff in this action, appearing pro se. I make this declaration on personal knowledge in support of my Response to the Order to Show Cause (Dkt. 326) concerning service on defendants India Kidd-Aaron, Justin Yorke, and Sam Morris.

2. Clerk-issued summonses for all three defendants issued on May 22, 2025 (Dkt. 63). I promptly retained licensed process servers in the relevant jurisdictions: Checkmate Inc. (Denver,

Colorado), Get'em Process Servers (Arcadia, California), and Legal-Ease Enterprises, Inc. (Philadelphia, Pennsylvania).

3. Each professional service attempt carries a fee of $100 or more, and skip-tracing carries additional charges. I have paid for repeated attempts and skip traces across three jurisdictions and three separate professional servers, all without success.

4. India Kidd-Aaron. I retained Checkmate Inc. to serve Ms. Kidd-Aaron at her residence, 800 N. Pennsylvania Street, Apt. 1112, Denver, Colorado 80203. As reflected in Checkmate's Field Sheet Service Note (FSID 29380, June 4, 2025), the server could not complete service because the residence is a secured building and the server could not access the unit.

5. I also contacted the offices of Ireland Stapleton Pryor & Pascoe, P.C., 1660 Lincoln Street, Suite 3000, Denver, where Ms. Kidd-Aaron had been employed as a litigation associate, and was advised by telephone that she is no longer employed there.

6. Ms. Kidd-Aaron is a licensed Colorado attorney (Registration No. 48420), but the public records of the Colorado Supreme Court Office of Attorney Regulation Counsel list her status as "Suspended Active" — administratively suspended under C.R.C.P. 227 for failure to file a registration statement — and reflect no current firm name and no current business address on file.

7. The only email address Ms. Kidd-Aaron used in her communications with me, India.Kidd-Aaron@coag.gov, was her address as an Assistant Attorney General; she has since left that office.

8. Justin Yorke. I retained Get'em Process Servers to serve Mr. Yorke at 594 E. Colorado Boulevard, Suite 200, Pasadena, California 91101 (ServeManager Job 13408519). The server attempted service on May 31, 2025, and found the suite closed. The vendor's job-intake record reproduced in Attachment 2 describes the documents as "Articles of Amendment"; that intake description is erroneous: the engagement — captioned "Summons and Complaint Process Service" in the correspondence — was for service of the summons issued to Mr. Yorke in this action and the operative complaint, which I transmitted to the server by Federal Express.

9. I authorized and paid for a skip trace, and the server made follow-up efforts. On June 10, 2025, the server reported that he had developed a telephone number that reached Arroyo Capital Group, that he left a message asking for Mr. Yorke and stating that he had a delivery, and that the call was not returned; on August 26, 2025, the firm recommended a further skip trace to develop a possible new address. No current physical address for Mr. Yorke was developed, and he could not be located. The email account through which I propose alternative service on Mr. Yorke — justin@arroyo-cap.com — is, however, demonstrably active and read: my mail records include eighty (80) read-notifications generated by that account upon opening my communications, spanning February 4, 2023 through April 23, 2026, including the period during which the process server could not locate him. A log of those notifications, prepared from my records, is Attachment 4.

10. Sam Morris. I retained Legal-Ease Enterprises, Inc. to serve both I. Wistar Morris and Sam W. Morris, Jr. (Invoice 86604, Job 13393906, captioned to this action). The server personally served Wistar Morris.

11. For Sam Morris, the attempt at the believed address, 816 Old Gulph Road, Bryn Mawr, Pennsylvania, was unsuccessful — the occupant, who stated she had lived there four years, did not know him.

12. I then paid for a skip trace. The addresses previously known to me had failed because Mr. Morris had moved; the skip-trace report developed a further address at 60 Foxcroft Lane, Phoenixville, Pennsylvania, and identified as his current residence an apartment at 601 Montgomery Avenue, Bryn Mawr, Pennsylvania. Completing personal service at that address requires formally engaging the Pennsylvania process server with the court-issued documents and the associated fees; that engagement and attempt could not be completed before this filing, and the extension sought in the accompanying motion is requested in part for that purpose. Sam Morris has not been served at any address available to me.

13. Based on these efforts, personal service on these three defendants has not been accomplished despite diligent, professional attempts in three jurisdictions. As to Ms. Kidd-Aaron and Mr. Yorke, further attempts at the addresses known to me would be to no avail; as to Sam Morris, a newly developed current address remains to be attempted, and service there could not be completed within the current deadline.

14. Attached to this Declaration are true and correct copies of the written records of the professional process-serving firms I engaged, as maintained in my files: Attachment 1, the skip-trace report prepared by CheckMate Inc. Professional Process Servers concerning defendant India Kidd-Aaron, redacted in accordance with Fed. R. Civ. P. 5.2; Attachment 2, the service-attempt updates (ServeManager Job No. 13408519), correspondence, and invoice of Getem

Process Servers concerning defendant Justin Yorke; Attachment 3, the correspondence, address-investigation reports, and invoice of Legal-Ease Enterprises, Inc. concerning defendant Sam Morris; and Attachment 4, a log, prepared from my mail records, of the eighty read-notifications generated by the account justin@arroyo-cap.com upon opening my communications, February 4, 2023 through April 23, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2026, at Greenwood Village, Colorado.

/s/ John R. McKowen

John R. McKowen, Pro Se

5200 S. Quebec St. #117

Greenwood Village, CO 80111

(303) 248-6883

john@johnmckowen.com

**DECLARATION ATTACHMENT 1**

**India Kidd-Aaron — CheckMate Inc. Professional Process Servers**

**Skip-Trace and Non-Service Record**

**McKowen v. Harrington, et al., No. 1:25-cv-00708-PAB-NRN (D. Colo.)**

*Redacted per Fed. R. Civ. P. 5.2. Personal identifiers (Social Security number, date of birth, driver's license, marital records), historical address history, consumer-reporting sources, and name variants have been omitted as unnecessary to the diligence shown. Only the located current address and the service result are reproduced.*

**Firm engaged**

CheckMate Inc. Professional Process Servers was engaged to locate and personally serve defendant India Kidd-Aaron.

**Skip-trace result — located current address**

The skip trace identified Ms. Kidd-Aaron's current address as 800 N. Pennsylvania Street, Apt. 1112, Denver, CO 80203 (Denver County).

**Service attempt and result (Field Sheet ID 29380; June 4, 2025)**

On June 4, 2025, the process server attempted personal service at 800 N. Pennsylvania Street, Apt. 1112, Denver, CO 80203. The server could not complete service because the residence is a secured building and the server could not access the unit. (CheckMate Field Sheet ID 29380.)

# DECLARATION ATTACHMENT 2

Records of Getem Process Servers Concerning Defendant Justin Yorke
(ServeManager Job No. 13408519; Invoice No. 20092)
Service-attempt updates, correspondence, and invoice, in chronological order, as maintained in Plaintiff's files (quoted reply chains and vendor boilerplate omitted)

**May 23, 2025 — Re: Summons and Complaint Process Service**

From: Getem Process Servers and Investigators <getem626@gmail.com> To: johnmckowen <john@johnmckowen.com>

Hello,

We acknowledge receipt of your request for service. We will confirm
with you when we receive the documents via FedEx.

Thank you,
GET'EM Process servers

**May 28, 2025 — Re: Summons and Complaint Process Service**

From: Getem Process Servers and Investigators <getem626@gmail.com> To: johnmckowen <john@johnmckowen.com>

Hello,

We have received the documents, and have dispatched for service.

Regards,
Jeanne

On Fri, May 23, 2025 at 12:55 PM Getem Process Servers and
Investigators <getem626@gmail.com> wrote:
>
> Hello,
>
> We acknowledge receipt of your request for service. We will confirm
> with you when we receive the documents via FedEx.
>

> Thank you,
> GET’EM Process servers
>
> On Fri, May 23, 2025 at 12:50 PM johnmckowen <john@johnmckowen.com> wrote:
> >
> > Dear Get Em Process Servers,
> >
> >
> >
> > I am requesting your assistance in serving legal documents on the following individual:
> >
> >
> >
> > Name: Justin Yorke
> >
> > Address for Service: 594 E. Colorado Boulevard, Suite 200, Pasadena, CA 91101
> >
> >
> >
> > We will be delivering a sealed service packet to your office via FedEx. Please confirm the best delivery address to use and any specific instructions for labeling the package to ensure it is properly routed within your office.
> >
> >
> >
> > We are requesting routine service with tracking and proof of service. If possible, please provide an estimated turnaround time and any forms we should complete in advance.
> >
> >
> >
> > Please confirm receipt of this email and let us know if any additional information is required.
> >
> >
> >
> > Thank you for your prompt attention.
> >
> >
> >
> > Best regards,
> >
> > John R. McKowen
> >

> > 303 248 6883
> >
> > john@johnmckowen.com
>
>
>
> --
>
>
> Please be advised current times:
> Routine service - 1-4 days
> Rush - 1-2 Days
> Same Day - (not guaranteed after 12:00pm)
> Proof of Service 1-3 Days
> Skip Trace - Batched 1-3 days (Indicate Rush if needed sooner)
>
>
> GET'EM PROCESS SERVERS AND PRIVATE INVESTIGATORS
>
> 230 E. Foothill Blvd. #C
> Arcadia, CA 91006
> (626) 499-5099
>
>
>
>
> Disclaimer: There is never a guarantee of service, although we will make a
> diligent attempt to effectuate service for every job. Please be advised
> that without payment, we have no obligation to attempt any service. If your
> matter is urgent and requires service immediately, please make sure to
> contact our office to ensure timely payment so the service may be
> few days to return.

--

Please be advised current times:
Routine service - 1-4 days
Rush - 1-2 Days
Same Day - (not guaranteed after 12:00pm)
Proof of Service 1-3 Days
Skip Trace - Batched 1-3 days (Indicate Rush if needed sooner)

GET'EM PROCESS SERVERS AND PRIVATE INVESTIGATORS

230 E. Foothill Blvd. #C
Arcadia, CA 91006
(626) 499-5099

Disclaimer: There is never a guarantee of service, although we will make a diligent attempt to effectuate service for every job. Please be advised that without payment, we have no obligation to attempt any service. If your matter is urgent and requires service immediately, please make sure to contact our office to ensure timely payment so the service may be few days to return.

**May 28, 2025 — Re: Invoice #20092 from Getem Process Servers**

From: Getem Process Servers and Investigators <getem626@gmail.com> To: johnmckowen <john@johnmckowen.com>

Hello,

Our apologies, you can call us at (626) 499-5099 and I can process your payment over the phone.

Thank you,
Jeanne

**May 31, 2025 — Re: [ServeManager] Job #13408519 Update**

From: Getem Process Servers and Investigators <getem626@gmail.com> To: johnmckowen <john@johnmckowen.com>

Received thank you

**June 03, 2025 — Re: [ServeManager] Job #13408519 Update**

From: Getem Process Servers and Investigators <getem626@gmail.com> To: johnmckowen <john@johnmckowen.com>

Hello John,

I have sent the invoice for Skip Tracing and will conduct asap.

Thank you
Johnny

On Sat, May 31, 2025 at 1:09 PM Getem Process Servers and Investigators <getem626@gmail.com> wrote:
>
> Received thank you
>
> On Sat, May 31, 2025 at 11:39 AM johnmckowen <john@johnmckowen.com> wrote:
>>
>> Let's do a Skip Trace.
>>
>>
>>
>>
>>
>> From: Get em Process Servers <notifications@mail.servemanager.com>
>> Reply-To: "getem626@gmail.com" <getem626@gmail.com>
>> Date: Saturday, May 31, 2025 at 11:51 AM
>> To: johnmckowen <john@johnmckowen.com>
>> Subject: [ServeManager] Job #13408519 Update
>>
>>
>>
>> Attempted Serve
>>
>> Get 'em Process Servers shared a service notification with you:
>>
>> Details
>>
>> Process Server: Scott McQuilkin
>>
>> Date & Time: May 31, 2025, 9:35 am PDT
>>
>> Service Type: Unsuccessful Attempt
>>
>> Description of Service:
>>
>> # 200 Closed: I may have a business number: 626-304-9037
>>
>> Service Address

>>
>> 594 EAST COLORADO BOULEVARD Suite 200, PASADENA, CA 91101, LOS ANGELES
>>
>> GPS Data
>>
>> Mobile Device: ServeManagerMobile/1.10.4 (128) (SM-A536U1/Scott's A53; Android/14)
>>
>> GPS Coordinates: 34.1455678, -118.1382312
>>
>> GPS Timestamp: 1748709361558
>>
>> ________________________________
>>
>> Job & Case
>>
>> Job: 13408519
>>
>> Priority: Routine
>>
>> Job Type: Standard
>>
>> Party to Serve: Justin Yorke
>>
>> Case: 20021354505
>>
>> Plaintiff: RE: TWO RIVERS WATER & FARMING COMPANY
>>
>> Defendant:
>>
>> Documents: ARTICLES OF AMENDMENT
>>
>> ________________________________
>>
>> Attempt Uploads
>>
>> Mobile Attempt Photo 1 (6.07 MB)
>>
>> ________________________________
>>
>> Shared with you by:
>>
>> Get 'em Process Servers

>> Getem Process Servers
>> getem626@gmail.com
>> (626)499-5099
>
>
>
> --
>
>
> Please be advised current times:
> Routine service - 1-4 days
> Rush - 1-2 Days
> Same Day - (not guaranteed after 12:00pm)
> Proof of Service 1-3 Days
> Skip Trace - Batched 1-3 days (Indicate Rush if needed sooner)
>
>
> GET'EM PROCESS SERVERS AND PRIVATE INVESTIGATORS
>
> 230 E. Foothill Blvd. #C
> Arcadia, CA 91006
> (626) 499-5099
>
>
>
>
> Disclaimer: There is never a guarantee of service, although we will make a
> diligent attempt to effectuate service for every job. Please be advised
> that without payment, we have no obligation to attempt any service. If your
> matter is urgent and requires service immediately, please make sure to
> contact our office to ensure timely payment so the service may be
> few days to return.
>

--

Please be advised current times:
Routine service - 1-4 days
Rush - 1-2 Days
Same Day - (not guaranteed after 12:00pm)
Proof of Service 1-3 Days
Skip Trace - Batched 1-3 days (Indicate Rush if needed sooner)

GET'EM PROCESS SERVERS AND PRIVATE INVESTIGATORS

230 E. Foothill Blvd. #C
Arcadia, CA 91006
(626) 499-5099

Disclaimer: There is never a guarantee of service, although we will make a diligent attempt to effectuate service for every job. Please be advised
th

**June 10, 2025 — Re: [ServeManager] Job #13408519 Update**

From: Getem Process Servers and Investigators <getem626@gmail.com> To: johnmckowen <john@johnmckowen.com>

Do we have an approximate age, DOB or phone number for Mr Yorke. I found one individual who is 58 years old and resides in pasadena. Please provide more information if you have it please. My server was able to obtain a phone number that I called and it goes to Arroyo Capital group. I left a message asking for York and that I had a delivery. Well see if they call back.

In the meantime let me know.

Johnny

**August 26, 2025 — Re: [ServeManager] Job #13408519 Update**

From: Getem Process Servers and Investigators <getem626@gmail.com> To: johnmckowen <john@johnmckowen.com>

Hello,

You might consider a skip trace to develop a possible new address.

**August 26, 2025 — Re: [ServeManager] Job #13408519 Update**

From: Getem Process Servers and Investigators <getem626@gmail.com> To: johnmckowen <john@johnmckowen.com>

Hello,

You might consider a skip trace to develop a possible new address.

# DECLARATION ATTACHMENT 3

## Sam Morris — Legal-Ease Enterprises, Inc.

## Correspondence, Address-Investigation Result, and Invoice

## McKowen v. Harrington, et al., No. 1:25-cv-00708-PAB-NRN (D. Colo.)

*Redacted per Fed. R. Civ. P. 5.2. Non-party relatives, dates of birth and ages, historical address history, and financial-indicator data returned by the address search have been omitted as unnecessary to the diligence shown. The service request, the located current address, the search result, and the invoice are reproduced.*

### Service request to Legal-Ease Enterprises, Inc. (John R. McKowen, Pro Se)

"I'm requesting service of process on two individuals, both located in Bryn Mawr, PA: I. Wistar Morris, 19 Pond Lane, Bryn Mawr, PA 19010; Sam W. Morris, Jr., 816 Old Gulph Road, Bryn Mawr, PA 19010. This is a federal case currently pending in the District of Colorado: McKowen v. Harrington, et al., Civil Action No. 1:25-cv-00708-PAB-NRN. I'll be providing printed packets that include: signed summons, amended complaint, exhibits, cover letters and return envelope. Please confirm you can handle this service."

### Invoice 86604 (Legal-Ease Enterprises, Inc.; QuickBooks)

Job number 13393906. Case: 1:25-cv-00708-PAB-NRN. Plaintiff: McKowen. Bill to: John R. McKowen, Pro Se. Line item: "Prepay Invoice for Wistar Morris and Sam W. Morris, Jr. at two different addresses," 2 × $150.00 = $300.00. Separate skip-trace charge: $75.00.

### Address investigation — prior address and located current address

The server reported that Sam Morris, Jr. was UNKNOWN at 816 Old Gulph Road, Bryn Mawr, PA 19010, per the elderly occupant of that residence. Legal-Ease offered a skip trace ($75) to identify recent addresses.

The skip trace located one result for Samuel Wheeler Morris in the Bryn Mawr / Montgomery County area, with a current address of 601 Montgomery Avenue, Apt. 402, Bryn Mawr, PA 19010-3534 (Montgomery County), reported active through May 29, 2025. This newly identified current address had not been attempted at the time of this filing.

# DECLARATION ATTACHMENT 4

Log of Read-Notifications Generated by the Account justin@arroyo-cap.com
Prepared from Plaintiff's Mail Records (Microsoft Outlook)
Eighty (80) notifications, February 4, 2023 – April 23, 2026

| **Date** | **Communication Read (subject line as returned)** |
|---|---|
| Feb 04, 2023 | Follow Up Deeds of Trust |
| Mar 08, 2023 | Deposition of Two Rivers, TR Capital & GReg Harrington |
| Mar 08, 2023 | Deposition of Two Rivers, TR Capital & GReg Harrington |
| Mar 08, 2023 | Things are moving quickly - O&E Reports for Deeds of Trust |
| Mar 08, 2023 | Things are moving quickly - O&E Reports for Deeds of Trust |
| Mar 15, 2023 | For Discussion |
| Mar 15, 2023 | For Discussion |
| Mar 17, 2023 | Paulson Settlement |
| Mar 17, 2023 | Paulson Settlement |
| Mar 29, 2023 | VetaNova Restructure, Foreclosure & Sale |
| Mar 29, 2023 | VetaNova Restructure, Foreclosure & Sale |
| Apr 03, 2023 | VTNA Restructuring Projections |
| Apr 03, 2023 | VTNA Restructuring Projections |
| Apr 12, 2023 | Unexpected Progress |
| Apr 12, 2023 | Unexpected Progress |
| Apr 17, 2023 | Motion to Dismiss |
| Apr 17, 2023 | Motion to Dismiss |
| Apr 18, 2023 | What the Motion to Dismiss means to you. |
| Apr 18, 2023 | What the Motion to Dismiss means to you. |
| Apr 22, 2023 | Concerned Update |
| Apr 22, 2023 | Concerned Update |
| May 09, 2023 | 20230508 Defendant McKowen's Response to Plaintiff's Motion For  Partial Summary Judgment |
| May 09, 2023 | 20230508 Defendant McKowen's Response to Plaintiff's Motion For  Partial Summary Judgment |
| May 12, 2023 | Response to Stipulation and Order.pdf |
| May 12, 2023 | Response to Stipulation and Order.pdf |
| May 17, 2023 | They're with the government.  They're here to help. |
| May 17, 2023 | They're with the government.  They're here to help. |
| May 19, 2023 | The July 2016 Plan to Blow Up GrowCo.pdf |
| May 19, 2023 | The July 2016 Plan to Blow Up GrowCo.pdf |
| May 22, 2023 | GrowCo Projections & Problems |

| Date | Communication Read (subject line as returned) |
|---|---|
| May 22, 2023 | GrowCo Projections & Problems |
| Jun 01, 2023 | 1. McKowen Motion for Injunction |
| Jun 01, 2023 | 1. McKowen Motion for Injunction |
| Jul 27, 2023 | Trial Updates |
| Jul 31, 2023 | Motion For Federal Court Forthwith Hearing |
| Aug 17, 2023 | Your Money - Your Business |
| Aug 23, 2023 | Early stage discussion potential buyout of VTNA assets |
| Aug 25, 2023 | Proposed Cap Structure |
| Aug 31, 2023 | Moving Forward |
| Sep 01, 2023 | Revised (Hopefully Final) Numbers |
| Nov 14, 2023 | Two Rivers Farms F-2 Inc. Foreclosure |
| Jan 17, 2024 | Follow Up Appraisals |
| Feb 13, 2024 | Trustee's Objection to Smoke & Mirrors Harrington's Chapter 5 Bankruptcy |
| Feb 14, 2024 | Bankruptcy Claims & Avondale |
| Feb 16, 2024 | Harrington's New Mirror - Who's the Shot Caller |
| Feb 28, 2024 | Two Rivers Farms F-2 Court Filings |
| Mar 02, 2024 | F-2 Claims Update |
| Mar 05, 2024 | UNITED STATES TRUSTEE'S OBJECTION TO CONFIRMATION In ORLANDO NO.2 |
| Mar 07, 2024 | Motion for Contempt of Court |
| Mar 08, 2024 | Amended Motion for Contempt of Court |
| Mar 12, 2024 | ORDER GRANTING MOTION TO AMEND ORDER SETTING CONFIRMATION HEARING AND CONVERT CONFIRMATION HEARING TO A STATUS CONFERENCE AND SCHEDULING CONFERENCE |
| Mar 13, 2024 | Smoke & Mirrors Response to Trustee's Objection |
| Mar 19, 2024 | Status Conference Today In Orlando Case is at 10:00 AM Mountain Time |
| Apr 06, 2024 | F-2 ORDER AND NOTICE OF PRELIMINARY HEARING |
| Apr 13, 2024 | OBJECTION TO MOTION TO APPROVE A SETTLEMENT AGREEMENT in the F-2 Case |
| Jun 07, 2024 | ORDER AND NOTICE OF TELEPHONIC STATUS CONFERENCE |
| Jun 07, 2024 | <no subject> |
| Jun 11, 2024 | 20200610 VTNA Reg D 506(b) Private Placement |
| Jun 21, 2024 | Request for Criminal Investigation and Possible Prosecution of Greg Harrington |
| Jul 31, 2024 | Harrington Motion |
| Aug 07, 2024 | Important Update on Legal Proceedings and Support |

| **Date** | **Communication Read (subject line as returned)** |
|---|---|
| | Services |
| Aug 19, 2024 | Chapter 11 Sub V Strategy / Motion Filed Against Harrington's Attorney |
| Aug 23, 2024 | Urgent: Concerns Over August 2019 Vaxa Acquisition and Impact on GrowCo Investors |
| Aug 27, 2024 | Important Update on Recent Legal Filing |
| Aug 28, 2024 | Critical Update: Protecting GrowCo Water Rights & Farms Collateral |
| Sep 15, 2024 | Important Update on Huerfano County Deeds of Trust and Distribution Plan |
| Sep 17, 2024 | Orlando Assets, Next Steps |
| Oct 15, 2024 | Appellant Brief & Appendix |
| Oct 30, 2024 | Important Update: Commitment to Return of Capital for GrowCo Investors |
| Feb 04, 2025 | Update on Legal Action – Fighting Back Against Fraud |
| Feb 04, 2025 | FW: Update on Legal Action – Fighting Back Against Fraud |
| Apr 17, 2025 | Notice of Intent to File Non-Judicial Foreclosure – 404224 |
| May 18, 2025 | Harrington's Extensive Legal Problems |
| Aug 17, 2025 | Investor Update – Federal Case 25CV708 |
| Nov 21, 2025 | Great News: Federal Court Confirms Investor Rights & Chapter 11 Protects All Core Assets |
| Nov 22, 2025 | Federal District Court Order Reaffirming Paulson Settlement |
| Mar 25, 2026 | Action Required -- Your Beneficial Interest in VētaNova Inc. Assets |
| Apr 19, 2026 | Pro Se Filing — McKowen v. State of Colorado, et al., Civil Action No. 25-cv-00708-PAB — Emergency Motion |
| Apr 23, 2026 | Pro Se Filing — McKowen v. Harrington, et al., Civil Action No. 25-cv-00708-PAB — Plaintiff's Supplement to Emergency Motion [Dkt. 302] |
| Apr 23, 2026 | Notice of Related Proceedings – McKowen v. Harrington, et al., 25-cv-00708-PAB-NRN |