# EXHIBIT LIST — SECOND AMENDED COMPLAINT

*McKowen v. Harrington, No. 1:25-cv-00708-PAB-NRN · Renumbered chronologically.*

| Ex. | Date | Document | What it proves |
|---|---|---|---|
| 1 | 1993 | United States v. Harrington — securities-fraud conviction | Felon-controlled enterprise |
| 2 | Feb 9, 2006 | Sell v. Zions — Ponzi order naming Harrington | Repeating fraudulent method |
| 3 | Oct 31, 2014 | GCP-1 Term Sheet | Use of proceeds: build the greenhouse |
| 4 | Jan 12, 2015 | GCP-1 Operating Agreement (§§ 5.04, 13.03(c)) | Secured obligation; preferred yield |
| 5 | 2015–2016 | TR Capital insider ownership schedule | Control group 88.51% |
| 6 | Sep 25, 2015 | Deed of Trust, Reception No. 404224 | The recorded secured interest |
| 7 | Sep 30, 2015 | GCP Super Units Term Sheet | Use of proceeds: build the greenhouses |
| 8 | Jan 20, 2016 | Blue Yellow payment instructions | Kirby redirect mechanism |
| 9 | Apr 22, 2016 | GrowCo $6M Exchange Note Term Sheet | Use of proceeds shifts to "operations" |
| 10 | May 26, 2016 | Form 8-K — McKowen resignation | End of control |
| 11 | Jun 1, 2016 | McKowen GrowCo Consulting Agreement | Flat fee; representative disclaimer |
| 12 | Jun 6, 2016 | GrowCo $7M Exchange Note Term Sheet | "Operations of Two Rivers" — first post-resignation raise |
| 13 | Jun 27, 2016 | "Capital Raise Concerns" email (McKowen → Harding) | McKowen's Ponzi warning |
| 14 | Jul 22, 2016 | McGrow Combined Agreements (Master + 5 subs) | Flat fees; "no right to control GrowCo" |
| 15 | Nov 4, 2016 | 10,000,000-share GrowCo certificate | Performance-vested comp (not commission) |
| 16 | Aug–Dec 2016 | MCG Services Wells Fargo statements | No commission; fees + own loans |
| 17 | 2016–2019 | McKowen post-Paulson-offering capital contributions into McGrow (ledger) | Capital contributed into McGrow after the Paulson-period offerings; in addition to Exs. 63–64 |

| | | | |
|---|---|---|---|
| 18 | 2015–Feb 2017 | GrowCo / Blue & Green vendor ledger ($729,103.15) | Kirby diversion |
| 19 | 2016–2017 | McGrow, LLC — formation, capitalization & operations | Founded by McKowen (Articles of Organization, June 12, 2016); executed subscriptions, notes & revenue-sharing agreements (Prasil, Morris, Gruber, Beall, Ploen, McMahon Energy, Mendelsberg, Zimmermann, Edmundson); signed Beall agreement: “GCP1 — Complete; GCP2 — within 6 months”; deposit records |
| 20 | Feb 15, 2017 | GrowCo $2M Exchange Note Term Sheet | Use of proceeds incl. G&A |
| 21 | Apr 1, 2017 | Two Rivers → McGrow sublease | Independent contractor; pays own rent |
| 22 | May 1, 2017 | GrowCo board meeting transcript | Ploen/Harding block audit & ledger |
| 23 | Jul 18, 2017 | $550K McGrow Units Term Sheet | McGrow funds Amerijuana operations |
| 24 | Dec 4, 2018 | BCLS forensic report (Aug 16 2017 $6.2M entry) | Fabricated entry; $5.57M out |
| 25 | Jul 13, 2018 | Volant Law whistleblower letter | Protected report |
| 26 | Jan–May 2018 | Amerijuana sales, rent & GCP-1 payments | $704K sales, $267K rent |
| 27 | 2017–2018 | GCP-1 security camera footage | Built, operating, live crop |
| 28 | May 15, 2018 | Eviction of Amerijuana to GCP-1 | Insiders killed the revenue |
| 28b | May 15, 2018 | GCP-1 Board Minutes (signed) — ratification, eviction approval, self-release condition | Harding and Sam Morris, GCP-1’s two Common Unit Managers, ratify all their own acts since May 25, 2016, approve the eviction, and condition settlement of claims against themselves on dismissal with prejudice |
| 29 | Dec 31, 2018 | Vaxa 2018 balance sheet | Insolvent shell (−$582,071) |
| 30 | Feb 22, 2019 | Easby / Vaxa Share Exchange Agreement | 30M shares for the shell |
| 31 | Mar 15, 2019 | Butte Valley / Vaxa lease | Self-dealing lease |

| | | | |
|---|---|---|---|
| 32 | Sep 30, 2019 | Two Rivers 10-Q, Note 8 (Vaxa) | $14.1M goodwill plug |
| 33 | Jul 31, 2019 | Vaxa closing documents (Easby / GRAMZ) | Both-sides control |
| 34 | Aug 15, 2019 | "No evidence … retained control" dismissal | State's no-control concession |
| 35 | Oct 18, 2019 | Bar 10 Road sale | Identical insider tickets |
| 36 | Dec 20, 2019 | Henderson Lane distributions | Repeated insider tickets |
| 37 | Jan 31, 2020 | TR El Paso Land bank statement ("per Chad") | $72,540 drained |
| 38 | Mar 24, 2020 | Fenner & Beane fake email | Fictitious institution |
| 39 | Structural | Scottsdale one-mailbox record | Enterprise hub |
| 40 | Mar–Apr 2017 | Black Mountain death-spiral financing | Toxic dilutive financing |
| 41 | Aug 19, 2022 | SEC revocation of Two Rivers registration | Reporting blackout |
| 42 | Jan 19, 2023 | Hunt "View" email | Pre-judgment / fixed view |
| 43 | Mar 15 & 22, 2023 | Paulson Final Order (Dkt. 178, Mar. 15, 2023) + Settlement Agreement package (Doc 180, Mar. 22, 2023) | Preserved rights; federal forum |
| 44 | May 5, 2023 | The Stipulation | Joint act; deprivation |
| 45 | Jul 10–18, 2023 | Trial transcripts, Vols. I–VII | 30(b)(6) refusal; confrontation denied |
| 46 | Aug 21, 2023 | McKowen's Amended Closing Argument (21CV33922) | Divergence from Harding; 506(b) raises; 77.36% conversion |
| 47 | Feb 2, 2024 | Harrington → Chan letter (cc Kidd-Aaron) | Continuing coordination |
| 48 | May 22, 2024 | Adversaries 24-01111 / 24-01112 | Suit to void the 404224 deed |
| 49 | Apr 18, 2025 | Paulson Docket 199 order | Resolve in this action |
| 50 | May 6, 2025 | Public Trustee NJF rejection | Obstruction of the remedy |
| 51 | Jul 9, 2025 | Findings / Judgment — $16,578,690.33 | Judgment entered July 9, 2025 — four months after Plaintiff filed this federal action (March 3, 2025) |

| | | | |
|---|---|---|---|
| 52 | Apr 14, 2026 | Contempt Citation | Witness retaliation; pattern into 2026 |
| 53 | Nov 30, 2024 | Declaration of Dissolution & Distribution of Assets (VitaNova Partners, LLC) | Chain of title; 2023 in-kind distribution to Plaintiff |
| 54 | 2026 | VetaNova Services Agreement (Beneficiary Interest Holders) | Separate counsel for the collective beneficiaries |
| 55 | May 8, 2026 | Notice of Distribution of Beneficiary Interests (Bankr. Dkt 121) | Documented chain of title; Plaintiff's bare legal title; § 13.03(c) secured collateral (Butte Valley water rights & farmland) |
| 56 | June 20, 2018 | Original Vaxa Letter of Intent | Protected deal terms: $1.5M market-priced initial shares; independent fairness opinion; 10× EBITDA earn-out |
| 57 | Oct 22, 2018 | Binding Revised Vaxa Letter of Intent | The switch: fairness opinion eliminated; 30,000,000 shares at closing; earn-out cut to 2.5× |
| 58 | Feb 12 & 14, 2015 | TR Capital Partners Board Minutes (recording the Nov 12, 2014 meeting) | Yorke sat and acted as a TR Capital director; voted a preferred-member distribution |
| 59 | 2014–2015 | San Gabriel Benefit Plan fbo Justin Yorke — TR Capital subscription & GrowCo warrant | Yorke's personal beneficial ownership of the fund positions; his Pasadena Richland Place address |
| 60 | Sept 4 & 18, 2015 | Harding weekly asset-transfer reports to Yorke (emails) | CFO reported weekly to Yorke personally on transfer of DFP assets, Bessemer shares, and El Paso land into TR Capital |
| 61 | Feb 26, 2015 | TR Capital LLC agreement modification email | Harding to 'Dear TR Capital Board, Justin and John' — Yorke executed the modification |
| 62 | Apr 2, 2020 | Harding payment email to McGrain, Yorke, and Bragg | Post-2019 fund coordination; interest and refunds on Richland/JMW/San Gabriel advances; Bragg at McGrain Financial |
| 63 | Oct 2015 | McKowen GCP Super Units Subscription | Plaintiff's $1,218,157 purchase of GCP Super Units preferred interests |
| 64 | June 1, 2018 | GCP SU Secured Promissory Note (VitaNova revolving facility) | Up to $10,000,000 revolving credit extended by Plaintiff's VitaNova, LLC to GCP Super Units |

*Note: Exhibits 56–64 (the 2018 Vaxa letters of intent, the TR Capital board minutes and governance emails, the Yorke fund subscription documents, and the 2015–2020 Harding–Yorke correspondence) were added after the chronological numbering was fixed and are listed at the end to preserve the exhibit numbers cited in the pleadings.*