**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-00708-PAB-NRN

**JOHN R. McKOWEN,**

Plaintiff,

v.

**GREG HARRINGTON, et al.,**

Defendants.

---

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

---

This matter is before the Court on Plaintiff's Motion for Leave to File Second Amended Complaint. The Court has reviewed the motion, the proposed Second Amended Complaint attached as Exhibit A, the comparison copy required by D.C.COLO.LCivR 15.1(b) attached as Exhibit B, and the record. Leave to amend is to be freely given when justice so requires. Fed. R. Civ. P. 15(a)(2); Foman v. Davis, 371 U.S. 178, 182 (1962). Good cause appearing, it is

ORDERED that Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED; and it is further

ORDERED that the Clerk shall docket the proposed Second Amended Complaint (Exhibit A to the motion) as Plaintiff's Second Amended Complaint, which shall be the operative pleading; and it is further

ORDERED that Defendants shall answer or otherwise respond to the Second Amended Complaint within the time provided by Fed. R. Civ. P. 15(a)(3).

DATED this ____ day of ______________, 2026.

BY THE COURT:

______________________________
PHILIP A. BRIMMER
United States District Judge